UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LYLE STRATTON,<br><br>    Plaintiff,<br><br> v.<br><br>M. KARR,<br><br>    Defendant. | CASE NO. C12-5499 BHS-JRC<br><br>ORDER ADOPTING A REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendant's motion to dismiss (Dkt. 4) is denied.

DATED this 5th day of October, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING A REPORT AND RECOMMENDATION