UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD LYLE STRATTON,

    Plaintiff,

v.

M. KARR,

    Defendant.

CASE NO. C12-5499 BHS-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendant's motion to dismiss (Dkt. 4) is denied.

DATED this 5th day of October, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION